**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:26-CV-20423-JB**

KHALIA YORK,

      Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

---

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

      Plaintiff, Khalia York, and Defendant, The Prudential Insurance Company of America, by and through their respective undersigned counsel, hereby notify the Court that on June 4, 2026, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for sixty (60) days, pending the finalization of the release and settlement agreement.

      WHEREFORE, the parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for sixty (60) days.

-2-

DATED:  June 10, 2026                                    Respectfully Submitted,


KHALIA YORK                                             THE PRUDENTIAL INSURANCE COMPANY OF
                                                        AMERICA

By: *s/ Cesar Gavidia , Jr.*
Cesar Gavidia , Jr.                                     *s/ Hector R. Rivera*
Attorneys Dell & Schaefer Chartered                     Hector R. Rivera, Esquire
2625 Weston Road                                        Quintairos, Prieto, Wood & Boyer, P.A.
Weston, FL 33331                                        9300 South Dadeland Blvd., 4th Floor
Telephone: (954) 620-8300                               Miami, FL  33156
Email: cesar@diattorney.com                             Telephone: (305) 670-1101
                                                        Facsimile: (305) 670-1161
                                                        E-mail: hrivera@qpwblaw.com
*Counsel for Plaintiff*
                                                        *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, I caused a true and correct copy of the foregoing **Joint Notice of Settlement and Request for Stay** to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Hector R. Rivera*
Hector R. Rivera