UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-20423-JB

KHALIA YORK,

     Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

     Defendant.

_____/

## ORDER REQUIRING STIPULATION OF DISMISSAL AND ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Notice of Settlement (the "Notice"). ECF No. [14]. Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within **sixty (60) days** of the date of this Order. Failure to comply will result in dismissal of this case without prejudice and without further notice.

2. If the parties fail to complete the expected settlement, either party may request the Court reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any

*** REMAINDER OF PAGE INTENTIONALLY LEFT BLANK ***

pending motions are **DENIED AS MOOT**.

   **DONE AND ORDERED** in Miami, Florida this 11th day of June, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**